IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DIANE LYNN SCHUHMACHER                    No. 6:16-CV-01101-AC

                    Plaintiff,            ORDER

        v.

NANCY BERRYHILL, Acting
Commissioner of Social Security

                    Defendant.

HERNÁNDEZ, District Judge:

        Magistrate Judge Acosta issued a Findings and Recommendation [21] on December 5,

2017, in which he recommends that the Court reverse and remand the decision of the

Commissioner of Social Security for further proceedings. The matter is now before me pursuant

to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court adopts Magistrate Judge Acosta's Findings and Recommendation [21]. Accordingly, this decision of the Commissioner is REVERSED and REMANDED pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings.

IT IS SO ORDERED.

DATED this ____ day of February 2018.

MARCO A. HERNÁNDEZ
United States District Judge