Juliana E. Coons, OSB #03291
coonsandcoons@gmail.com
Juliana E. Coons, P.C.
P.O. Box 72322
Springfield OR 97475
(503) 680-9948
Fax (541) 804-8586
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DIANE LYNN SCHUHMACHER,**<br><br>Plaintiff,<br><br>v.<br><br>Nancy A. Berryhill, Acting Commissioner of Social Security,<br><br>Defendant. | Civil Action No. 6:16-CV-01101-AC<br><br><br><br><br><br>**ORDER AWARDING EAJA ATTORNEY FEES** |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,262.65 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. The parties agree that attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Juliana Coons, P.O. Box 72322, Springfield OR 97475. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above. There are no documented costs or expenses to be paid herein.

DATED this 3rd day of May, 2018

_____
United States ~~District~~ Magistrate Judge

PRESENTED BY:

s/ Juliana E. Coons
JULIANA E. COONS, OSB#032910
(503) 680-9948
Attorney for Plaintiff, Diane Lynn Schuhmacher

1   ORDER, Schuhmacher v. Berryhill, Civ. Act. No. 6:16-CV-01101-AC