Juliana E. Coons, OSB #03291
coonsandcoons@gmail.com
Juliana E. Coons, P.C.
P.O. Box 72322
Springfield OR 97475
(541) 687-9741
Fax (541) 805-7576
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DIANE L SCHUHMACHER,** | Civil Action No. 6:16-CV-01101-AC |
| Plaintiff, | |
| v. | |
| Commissioner,<br>Social Security Administration | **ORDER AWARDING 42 U.S.C. 406(b) ATTORNEY FEES** |
| Defendant. | |

Based upon the unopposed motion filed by Plaintiff's counsel, it is hereby ORDERED that attorney fees in the amount of **$11,345.00** shall be awarded to Plaintiff's counsel pursuant to 42 U.S.C. §406(b). The EAJA fee previously awarded was given to Ms. Schuhmacher and subjected to a treasury offset to pay Ms. Schuhmacher's debt. Therefore, a fee in the amount of $11,345.00, not subject to any reduction for EAJA fees, is a reasonable fee in light of all circumstances present in this case. When issuing the §406(b) check for payment to Plaintiff's attorney, the agency is directed to subtract the applicable user fee. The gross attorney fee based upon Exhibit 1, the Notice of Award, having been $13,719.88, the agency is directed to remit the difference between the net fee awarded herein and the gross amount withheld directly to the Plaintiff, or to Plaintiff's post District Court appeal hearing level counsel.

DATED this 20th day of May, 2019.

United States ~~District~~ Magistrate Judge

PRESENTED BY:

s/ Juliana E. Coons
JULIANA E. COONS, OSB#032910
(541) 687-9741
Attorney for Plaintiff, Diane L Schuhmacher

1   ORDER AWARDING 42 U.S.C. §406(b) ATTORNEY FEES, Schuhmacher v. Commissioner Civ. Act. No. 6:16-CV-01101-AC